IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,<br><br>            Plaintiffs,<br><br>vs.<br><br>ZACHARY A. STAMMER,<br><br>            Defendants. | 4:12CB3006<br><br>**ORDER FOR HEARING** |

Regarding the citation issued to the defendant on June 30, 2012, (a copy of which is attached),

IT IS ORDERED:

1)   The defendant is ordered to appear at 8:30 a.m. on February 7, 2013 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss implementing a payment schedule.

2)   The defendant, defense counsel (if any), and counsel for the government shall attend.

3)   The government shall serve this order on the defendant and shall file a certificate of service identifying the manner and date of such service.

January 11, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NE-17 | 1579238 | C. Smith | 4240 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 06/30/2012 10:20 am | 16 USC 668 dd / 50 CFR 27.82(b)(2) |

**Place of Offense:** Ft. Niobrara National Wildlife Refuge, Cherry Co., NE

**Offense Description:** Possess a controlled substance on a National Wildlife Refuge, to wit marijuana.

### DEFENDANT INFORMATION

**Phone:** (403) 416-2227

| Last Name | First Name | M.I. |
|---|---|---|
| Stammer | Zachary | A. |

**Street Address:** P.O. Box 4701 / North 48th

| City | State | Zip Code | Social Security No. |
|---|---|---|---|
| Lincoln | NE | 68586 | |

| Drivers License No. | D.L. State | Date of Birth | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|---|
| H16611663 | NE | 03/04/1983 | Bld | Haz | 5'10" | 162 |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female

### VEHICLE DESCRIPTION
VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$500.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $525.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 1-800-827-2982 | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 03/2005)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 06/30, 20 12 while exercising my duties as a law enforcement officer in the _____ District of Nebraska

Zachary A. Stammer did possess a controlled substance on the Fort Niobrara National Wildlife Refuge, to wit < one dime of marijuana, a violation of 16 USC 668 dd and 50 CFR 27.82(b)(2).

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/16/2012    [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

1579238