IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:12CB3006 |
| | ) | VIOLATION NO. NE 1579238 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ZACHARY A. STAMMER, | ) | ORDER TO REDUCE FINE |
| | ) | |
| Defendant. | ) | |

Upon the government's oral motion to reduce the defendant's collateral amount due, and for good cause shown:

IT IS ORDERED:

1) The total collateral amount due is reduced from $525.00 to $520.00 which includes the $25 processing fee.

2) The clerk shall forward a copy of this Order to the Central Violations Bureau.

February 8, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge